B1 (Official Form 1)(1/08)

<table>
<tr><td colspan="2"><b>United States Bankruptcy Court</b><br>Eastern District of Tennessee</td><td><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Reihl, Ronald Allsworth II** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Reihl, Jacquelyn Elizabeth** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0345** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5650** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5140 E. Town Creek Road**<br>**Lenoir City, TN**  ZIP Code **37772** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5140 E. Town Creek Road**<br>**Lenoir City, TN**  ZIP Code **37772** |
| County of Residence or of the Principal Place of Business:<br>**Loudon** | County of Residence or of the Principal Place of Business:<br>**Loudon** |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Reihl, Ronald Allsworth II**<br>**Reihl, Jacquelyn Elizabeth** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Eastern District of Tennessee** | Case Number:<br>**01-31501** | Date Filed:<br>**3/26/01** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X  /s/ Zachary Burroughs,**                     **March  2, 2010**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Zachary Burroughs, 025896** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐  Yes, and Exhibit C is attached and made a part of this petition. |
| ■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■  Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Reihl, Ronald Allsworth II**
**Reihl, Jacquelyn Elizabeth**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ronald Allsworth Reihl, II**
Signature of Debtor **Ronald Allsworth Reihl, II**

X **/s/ Jacquelyn Elizabeth Reihl**
Signature of Joint Debtor **Jacquelyn Elizabeth Reihl**

Telephone Number (If not represented by attorney)

**March 2, 2010**
Date

### Signature of Attorney*

X **/s/ Zachary Burroughs,**
Signature of Attorney for Debtor(s)

**Zachary Burroughs, 025896**
Printed Name of Attorney for Debtor(s)

**Clark & Washington, P.C.**
Firm Name

**5401 Kingston Pike**
**Building 3, Suite 610**
**Knoxville, TN 37919**

Address

**Email: cwknoxville@cw13.com**
**865-281-8004  Fax: 865-862-8799**
Telephone Number

**March 2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **Ronald Allsworth Reihl, II**
       **Jacquelyn Elizabeth Reihl**                      Case No. _____
                                        Debtor(s)                  Chapter     **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Ronald Allsworth Reihl, II**
                            **Ronald Allsworth Reihl, II**

Date:    **March  2, 2010**

Certificate Number: _____

# CERTIFICATE OF COUNSELING

I CERTIFY that on _____, at _____ o'clock _____,

_____ received from

_____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

_____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan _____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted _____.


Date: _____          By      _____

                                       Name   _____

                                       Title   _____


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **Ronald Allsworth Reihl, II**
         **Jacquelyn Elizabeth Reihl** _____    Case No. _____

                                  Debtor(s)     Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Jacquelyn Elizabeth Reihl**
                          **Jacquelyn Elizabeth Reihl**

Date:  **March  2, 2010**

Certificate Number: _____

# CERTIFICATE OF COUNSELING

I CERTIFY that on _____, at _____ o'clock _____,

_____ received from

_____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

_____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan _____.  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted _____.


Date: _____          By      _____

                                       Name    _____

                                       Title   _____



\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Eastern District of Tennessee

In re     **Ronald Allsworth Reihl, II**
          **Jacquelyn Elizabeth Reihl**                             Case No.

                                       Debtor(s)                Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$38,920.48** | **2008 Income (joint)** |
| **$50,028.65** | **2009 Income (joint)** |
| **$6,581.25** | **2010 YTD Income (husband)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ronald Reihl**<br>**1095 W Garber Ave**<br>**Harriman, TN 37748**<br>    **Father** | **2/1/10** | **$150.00** | **$2,250.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rural/Metro vs. Ronald Reighl**<br>**Case No. 08CV263** | **Civil** | **Knox County General Sessions Court**<br>**400 Main Street**<br>**Knoxville, TN 37902** | **Garnishment** |
| **Tina Hughess and Christina Turner vs. Ronald Reihl**<br>**Docket No. 16038** | **Civil** | **Roane County General Sessions Court** | **Judgment** |

| None ■ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

| None ■ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

| None ■ | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **DECAF**<br>**112 Goliad Street, Ste D**<br>**Fort Worth, TX 76126** | **02/16/10** | **$50.00** |
| **Clark & Washington, PC**<br>**3300 Northeast Expressway**<br>**Bldg. 3 Ste. A**<br>**Atlanta, GA 30341** | **04/01/10 Ronald A. Reihl** | **$250.00** |
| **Clark & Washington, PC**<br>**3300 Northeast Expressway**<br>**Bldg. 3 Ste. A**<br>**Atlanta, GA 30341** | **05/6/10 Ronald A. Reihl** | **$250.00** |
| **Clark & Washington, PC**<br>**3300 Northeast Expressway**<br>**Bldg. 3 Ste. A**<br>**Atlanta, GA 30341** | **06/10/10 Ronald A. Reihl** | **$250.00** |
| **Clark & Washington, PC**<br>**3300 Northeast Expressway**<br>**Bldg. 3 Ste. A**<br>**Atlanta, GA 30341** | **07/08/10 Ronald A. Reihl** | **$250.00** |
| **Clark & Washington, PC**<br>**3300 Northeast Expressway**<br>**Bldg. 3 Ste. A**<br>**Atlanta, GA 30341** | **08/12/10 Ronald A. Reihl** | **$250.00** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☐

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Timothy Reihl**<br>**Unknown** | **Debtors are using brother's car currently. Brother is in military and deployed. It is a 2008 Nissan Sentra.** | **Debtor's Residence** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|-------------------------------|-----------------------------------------------------|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **March 2, 2010**       Signature   **/s/ Ronald Allsworth Reihl, II**

                                                              **Ronald Allsworth Reihl, II**
                                                              Debtor

Date   **March 2, 2010**       Signature   **/s/ Jacquelyn Elizabeth Reihl**

                                                              **Jacquelyn Elizabeth Reihl**
                                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

.

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **Ronald Allsworth Reihl, II,**
          **Jacquelyn Elizabeth Reihl**

Case No. _____

                           Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 80,000.00 | | |
| B - Personal Property | Yes | 3 | 7,290.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 95,894.82 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,400.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 145,439.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,831.23 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,807.00 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 87,290.00 | | |
| Total Liabilities | | | | 244,734.60 | |

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **Ronald Allsworth Reihl, II,**
       **Jacquelyn Elizabeth Reihl**

Case No. _____

                                Debtors

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 3,400.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 3,400.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,831.23 |
| Average Expenses (from Schedule J, Line 18) | 3,807.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,296.70 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 15,894.82 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 1,962.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,438.00 |
| 4. Total from Schedule F | | 145,439.78 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 162,772.60 |

In re     **Ronald Allsworth Reihl, II,**
       **Jacquelyn Elizabeth Reihl**                          ,          Case No. _____

                                           Debtors

# SCHEDULE A - REAL PROPERTY

      Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

      **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

      If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **House and lot located at 5140 E. Town Creek Road, Lenoir City, TN 37772** | **Fee Simple** | **H** | **80,000.00** | **95,894.82** |

|  | Sub-Total > | **80,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **80,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

.

In re    **Ronald Allsworth Reihl, II,**                            Case No. _____

       **Jacquelyn Elizabeth Reihl**

_____,
                             Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Sun Trust** | J | 800.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Living room furniture, washer/dryer, microwave, refrigerator, vacuum cleaner, TV, DVD player, bedroom furniture, stove, kitchen utensils, dishwasher, computer** | J | 1,165.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | **Personal Clothing** | J | 50.00 |
| 7.   Furs and jewelry. | | **Costume jewelry** | J | 50.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy. No cash value.** | J | 0.00 |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

                                                  Sub-Total >       **2,065.00**
                                             (Total of this page)

   **2**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Ronald Allsworth Reihl, II,**
        **Jacquelyn Elizabeth Reihl**
                                     **,**

Case No. _____

                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k | J | 5,100.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                           Sub-Total >        **5,100.00**
                                        (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re   **Ronald Allsworth Reihl, II,**            Case No. _____

        **Jacquelyn Elizabeth Reihl**

                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 dogs | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Lawn mower, weed eater, video games | J | 125.00 |

|  |  |
|---|---:|
| Sub-Total > | 125.00 |
| (Total of this page) | |
| Total > | 7,290.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Ronald Allsworth Reihl, II,**
      **Jacquelyn Elizabeth Reihl**

Case No. _____

                                ,
               Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **House and lot located at 5140 E. Town Creek Road, Lenoir City, TN 37772** | **Tenn. Code Ann. § 26-2-301(e)** | **25,000.00** | **80,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at Sun Trust** | **Tenn. Code Ann. § 26-2-103** | **800.00** | **800.00** |
| **Household Goods and Furnishings** | | | |
| **Living room furniture, washer/dryer, microwave, refrigerator, vacuum cleaner, TV, DVD player, bedroom furniture, stove, kitchen utensils, dishwasher, computer** | **Tenn. Code Ann. § 26-2-103** | **1,165.00** | **1,165.00** |
| **Wearing Apparel** | | | |
| **Personal Clothing** | **Tenn. Code Ann. § 26-2-104** | **50.00** | **50.00** |
| **Furs and Jewelry** | | | |
| **Costume jewelry** | **Tenn. Code Ann. § 26-2-103** | **50.00** | **50.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401k** | **Tenn. Code Ann. § 26-2-105** | **5,100.00** | **5,100.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Lawn mower, weed eater, video games** | **Tenn. Code Ann. § 26-2-103** | **125.00** | **125.00** |

Total:    **32,290.00**    **87,290.00**

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Ronald Allsworth Reihl, II,**
      **Jacquelyn Elizabeth Reihl**
                                                    Case No. _____

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2004** | | | | | |
| **Donald Morris** **801 Cranfield Lane** **Lenoir City, TN 37772** | | J | **Mortgage** **House and lot located at 5140 E. Town Creek Road, Lenoir City, TN  37772** | | | | | |
| | | | Value $         80,000.00 | | | | **60,194.82** | **0.00** |
| Account No. | | | **2008** | | | | | |
| **Tin Hughes and Christina Turner** **c/o Donice Butler** **719 Morgan Avenue** **Harriman, TN 37748** | | J | **Judgment Lien** **House and lot located at 5140 E. Town Creek Road, Lenoir City, TN  37772** | | | | | |
| | | | Value $         80,000.00 | | | | **35,700.00** | **15,894.82** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | **95,894.82** | **15,894.82** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **95,894.82** | **15,894.82** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

.

In re     **Ronald Allsworth Reihl, II,**                                 Case No. _____

             **Jacquelyn Elizabeth Reihl**

                                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

      Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

      Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

             _____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re **Ronald Allsworth Reihl, II,**      Case No. _____

       **Jacquelyn Elizabeth Reihl**

_____ ,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008, 2009 | | | | | | |
| **IRS** **401 W. Peachtree St., N.W.** **Stop #334-D** **Room 400** **Atlanta, GA 30308** | | J | **Income Taxes** | | | | | 0.00 | |
| | | | | | | | 1,400.00 | | 1,400.00 |
| Account No. | | | 2008 | | | | | | |
| **Loudon County Trustee** **PO Box 351** **Loudon, TN 37774** | | J | **Property Taxes** | | | | | 1,438.00 | |
| | | | | | | | 2,000.00 | | 562.00 |
| Account No. | | | **Notice Purpose Only** | | | | | | |
| **Suzanne H Bauknight** **Asst US Atty** **Howard H. Baker Jr US Courthouse** **800 Market St. Suite 211** **Knoxville, TN 37902** | | J | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 1,438.00 |
|---|---|---|
| | | 3,400.00    1,962.00 |
| | Total (Report on Summary of Schedules) | 1,438.00 |
| | | 3,400.00    1,962.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Ronald Allsworth Reihl, II,**
        **Jacquelyn Elizabeth Reihl**        Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9225**<br><br>**01 Bureau Investment Group**<br>**c/o The Bureaus**<br>**1717 Central St**<br>**Evanston, IL 60201-1507** | | J | 6/2008<br>**Collecitons** | | | | 847.00 |
| Account No. **xxxxx7454**<br><br>**01 Bureau Investment Group**<br>**c/o The Bureaus**<br>**1717 Central St**<br>**Evanston, IL 60201-1507** | | J | 6/2008<br>**Collections** | | | | 1,966.00 |
| Account No.<br><br>**Adjustment Service**<br>**PO Box 1512**<br>**Knoxville, TN 37901** | | J | **Notice Purpose Only** | | | | 0.00 |
| Account No.<br><br>**Alliance One**<br>**1160 Centre Pointe Drive, Suite #1**<br>**Mednota Heights, MN 55120** | | J | **Notice Purpose Only** | | | | 0.00 |
| | | | | | Subtotal<br>(Total of this page) | | 2,813.00 |

__24__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           S/N:36359-091203    Best Case Bankruptcy

In re **Ronald Allsworth Reihl, II,**         Case No. _____
        **Jacquelyn Elizabeth Reihl**
_____,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Amsouth** <br>**2050 Parkway Office Circle** <br>**Birmingham, AL 35244** | | J | 2009 <br>NSF | | | | 94.00 |
| Account No. <br><br>**Anesthesia Medical Alliance** <br>**c/o Optima Recovery Services** <br>**6215 Kingston Pike, Suite A** <br>**Knoxville, TN 37919** | | J | 2008 <br>Medical | | | | 1,000.00 |
| Account No. <br><br>**Apex Financial Management, LLC** <br>**PO Box 2219** <br>**Northbrook, IL 60065** | | J | Notice Purpose Only | | | | 0.00 |
| Account No. <br><br>**Applied Bank Card** <br>**PO Box 11170** <br>**Wilmington, DE 19850** | | J | 2007 <br>Credit Card | | | | 1,600.00 |
| Account No. **xxxxxx6612** <br><br>**Aspire Visa** <br>**C/O Midland Credit Management** <br>**8875 Aero Dr.** <br>**San Diego, CA 92123** | | J | 1/2010 <br>Collections | | | | 1,480.00 |

Sheet no. \_\_**1**\_\_ of \_\_**24**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)      **4,174.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Ronald Allsworth Reihl, II,**
    **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | J | | Notice Purpose Only | | | | |
| **Associated Recovery P.O. Box 469046 Escondido, CA 92046** | | | | | | | | | **0.00** |
| Account No. **xxxxxx8572** | | | J | | **2009 Collections** | | | | |
| **AT &T Mobility c/o AFNI PO Box 3427 Bloomington, IL 61702** | | | | | | | | | **217.00** |
| Account No. | | | J | | Notice Purpose Only | | | | |
| **Bank of America P.O. Box 15726 Wilmington, DE 19886-5726** | | | | | | | | | **0.00** |
| Account No. | | | J | | **2008 Medical** | | | | |
| **Baptist Hospital c/o Reports Inc 601 Concord Street Suite 116 Knoxville, TN 37939** | | | | | | | | | **1,430.00** |
| Account No. | | | J | | Notice Purpose Only | | | | |
| **Baptist Hospital West P.O. Box 415000 MSC410203 Nashville, TN 37241** | | | | | | | | | **0.00** |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,647.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Ronald Allsworth Reihl, II,**
     **Jacquelyn Elizabeth Reihl**                                 Case No. _____

_____,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Purpose Only | | | | |
| **Barclays Bank Delaware** **125 S. West Street** **Wilmington, DE 19801** | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2009 NSF | | | | |
| **BB&T** **PO Box 819** **Wilson, NC 27894** | | J | | | | | |
| | | | | | | | 200.00 |
| Account No. | | | Notice Purpose Only | | | | |
| **BellSouth** **P.O. Box 3910** **Tupelo, MS 38803-3910** | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2008 Credit Card | | | | |
| **Best Buy Reward Zone** **P.O. Box 5222** **Carol Stream, IL 60197** | | J | | | | | |
| | | | | | | | 1,000.00 |
| Account No. | | | 2009 Collections | | | | |
| **BRS Equipment Recovery Services** **PO Box 9062** **Addison, TX 75001** | | J | | | | | |
| | | | | | | | 198.00 |

Sheet no. __3__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal         | **1,398.00**
(Total of this page)

In re **Ronald Allsworth Reihl, II,**
      **Jacquelyn Elizabeth Reihl**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Collections | | | | |
| **Bureaus Investment** **1717 Central Street** **Evanston, IL 60204** | | | J | | | | | | 847.00 |
| Account No. **xxxx-xxxx-xxxx-7732** | | | | | 6/2008 Credit Card | | | | |
| **Capital One Bank** **120 East Shore  Dr** **Glen Allen, VA 23059** | | | J | | | | | | 913.00 |
| Account No. **xxxx-xxxx-xxxx-2462** | | | | | 5/2008 Credit Card | | | | |
| **Capital One Bank** **120 East Shore  Dr** **Glen Allen, VA 23059** | | | J | | | | | | 992.00 |
| Account No. | | | | | 2009 Credit Card | | | | |
| **Card Works Inc** **393 Vanadium Rd Suite 300** **Pittsburgh, PA 15243** | | | J | | | | | | 1,156.80 |
| Account No. | | | | | 2009 Collections | | | | |
| **Charter Communications** **c/o Credit Protection Association** **P.O. Box 600** **Alcoa, TN 37701-0600** | | | J | | | | | | 430.00 |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,338.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Ronald Allsworth Reihl, II,**
    **Jacquelyn Elizabeth Reihl** Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2006 Credit Card | | | | |
| Chase Bank 800 Brooksedge Blvd Westerville, OH 43081 | J | | | | | | | 897.00 |
| Account No. | | | | 2010 Student Loan | | | | |
| CitiBank NA 701 E 60th St N Sioux Falls, SD 57104 | J | | | | | | | 6,800.00 |
| Account No. | | | | 2009 Personal Loan | | | | |
| Citizens Saving & Loan 8078 Kingston Pike Knoxville, TN 37919 | J | | | | | | | 2,500.00 |
| Account No. | | | | Notice Purpose Only | | | | |
| Clark & Washington, PC 3300 Northeast Expressway Bldg. 3 Ste. A Atlanta, GA 30341 | J | | | | | | | 0.00 |
| Account No. | | | | 2009 Medical | | | | |
| Clary P Foote MD 2319 S Roane Street Harriman, TN 37748-8653 | J | | | | | | | 1,220.00 |

Sheet no. __5__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,417.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Ronald Allsworth Reihl, II,**  **Jacquelyn Elizabeth Reihl**　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.　　　　　　　　　　 **College Loan Corp** **c/o ACS** **501 Bleecker St** **Utica, NY 13501** | J | | | **2009** **Student Loan** | | | | 8,047.00 |
| Account No.　　　　　　　　　　 **Comcast** **c/o CBCS** **P.O. Box 163250** **Columbus, OH 43216** | J | | | **2009** **Collections** | | | | 220.00 |
| Account No.　　　　　　　　　　 **Covenant Medical Management** **280 Fort Sanders W Blvd 205** **Knoxville, TN 37922** | J | | | **2008** **Medical** | | | | 1,000.00 |
| Account No.　　　　　　　　　　 **Credit Collection Services** **Two Wells Avenue** **Dept. 587** **Newton Center, MA 02459** | J | | | **2009** **Medical** | | | | 309.00 |
| Account No.　　　　　　　　　　 **Credit One** **P.O. Box 60500** **City Of Industry, CA 91716-0500** | J | | | **2009** **Credit Card** | | | | 1,500.00 |

Sheet no. __6__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　11,076.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy

In re   **Ronald Allsworth Reihl, II,**                         Case No. _____

       **Jacquelyn Elizabeth Reihl**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**David Ayers** <br>**423 Medical Park Drive** <br>**Lenoir City, TN 37772** | | J | **2009** <br>**Medical** | | | | 500.00 |
| Account No. <br><br>**Desoto Memorial Hospital** <br>**900 N Roberts Ave** <br>**Arcadia, FL 34266** | | J | **2005** <br>**Medical** | | | | 1,000.00 |
| Account No. <br><br>**Enhanced Recovery** <br>**8014 Bayberry Road** <br>**Jacksonville, FL 32256** | | J | **Notice Purpose Only** | | | | 0.00 |
| Account No. **xxx3233** <br><br>**Equable Ascent Financial LLC** <br>**1120 W  Lake Coook Rd** <br>**Ste B** <br>**Buffalo Grove, IL 60089** | | J | **6/2008** <br>**Collections** | | | | 727.00 |
| Account No. **xxx2989** <br><br>**Equable Ascent Financial LLC** <br>**1120 W  Lake Coook Rd** <br>**Ste B** <br>**Buffalo Grove, IL 60089** | | J | **Notice Purpose Only** | | | | 0.00 |

Sheet no. __7__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     2,227.00

In re **Ronald Allsworth Reihl, II,**
    **Jacquelyn Elizabeth Reihl**
_____ ,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**FAST**<br>**P.O. Box 11567**<br>**8300 Kingston Pike**<br>**Knoxville, TN 37939-1567** | | J | 2010<br>**Collections** | | | | 15,434.20 |
| Account No. <br><br>**Fay Portable Buildings**<br>**c/o Transworld Systems**<br>**320 N. Cedar Bluff Rd #240**<br>**Knoxville, TN 37923** | | J | 2007<br>**Services** | | | | 360.00 |
| Account No. **xxxx-xxxx-xxxx-9261** <br><br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107-0145** | | J | 12/2007<br>**Credit Card** | | | | 350.00 |
| Account No. <br><br>**First Source**<br>**P.O. Box 628**<br>**Buffalo, NY 14240** | | J | 2008<br>**Collections** | | | | 531.99 |
| Account No. <br><br>**Ft. Sanders Loudon Emergency**<br>**c/o Revenue REcovery**<br>**612 Gay St**<br>**Knoxville, TN 37902** | | J | 2009<br>**Medical** | | | | 86.00 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,762.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Ronald Allsworth Reihl, II,**                    Case No. _____
      **Jacquelyn Elizabeth Reihl**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **2009** **Medical** | | | | |
| **Gary A. Cooper DDS** **420 S. Charels G Seviers Blvd** **Clinton, TN 37716** | | J | | | | | | 431.28 |
| Account No. | | | | **2009** **Credit Card** | | | | |
| **GE Money Bank** **c/o Midland Funding** **PO Box 1967** **Southgate, MI 48195** | | J | | | | | | 1,375.61 |
| Account No. | | | | **Notice Purpose Only** | | | | |
| **Grant, Konvalinka & Harrison, PC** **P.O. Box 24326** **Chattanooga, TN 37422** | | J | | | | | | 0.00 |
| Account No. | | | | **2009** **Services** | | | | |
| **Harriman City** **PO Box 433** **Harriman, TN 37748** | | J | | | | | | 40.00 |
| Account No. | | | | **Notice Purpose Only** | | | | |
| **Harriman City Hospital** **412 Devonia Street** **P.O. Box 489** **Harriman, TN 37748** | | J | | | | | | 0.00 |

Sheet no. __9___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,846.89**

In re **Ronald Allsworth Reihl, II,**  
   **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx1165** <br><br> **Harriman Utility Board** <br> **c/o IC Systems** <br> **P.O. Box 64378** <br> **Saint Paul, MN 55164-0378** | | | J | | 2/2008 <br> Collections | | | | 2,095.00 |
| Account No. <br><br> **Harry G Boye Jr** <br> **c/o Revenue Recovery** <br> **612 Gay St** <br> **PO Box 2968** <br> **Memphis, TN 37501** | | | J | | 2008 <br> Medical | | | | 475.00 |
| Account No. **xxxx9545** <br><br> **HSBC Card Services** <br> **c/o Arrow Financial Service** <br> **5996 W Touhy Ave** <br> **Niles, IL 60714** | | | J | | 6/2008 <br> Collections | | | | 803.00 |
| Account No. <br><br> **Jeffery A Keeman** <br> **PO Box 23740** <br> **Knoxville, TN 37933** | | | J | | 208 <br> Medical | | | | 830.32 |
| Account No. <br><br> **Jolas & Associates, LLP** <br> **202 1st. Street NW** <br> **P.O. Box 4000** <br> **Mason City, IA 50401** | | | J | | Notice Purpose Only | | | | 0.00 |

Sheet no. __10__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **4,203.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Ronald Allsworth Reihl, II,**
**Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Juniper Bank P.O. Box 8801 Wilmington, DE 19899** | | J | 2009 Credit Card | | | | 1,000.00 |
| Account No. **Knox County General Sessions Court 400 Main Street Knoxville, TN 37902** | | J | Notice Purpose Only | | | | 0.00 |
| Account No. **Knoxville Wholesale Furniture PO Box 3212 Evansville, IN 47731** | | J | 2009 Credit Card | | | | 3,500.00 |
| Account No. **Lab Corp c/o AMCA 2269 S. Saw Mill River Road Elmsford, NY 10523** | | J | 2009 Medical | | | | 309.00 |
| Account No. **xxxx-xxxx-xxxx-2415** **LVNV Funding LLC P.O. Box 10584 Greenville, SC 29603-0584** | | J | 6/2008 Collections | | | | 965.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,774.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Ronald Allsworth Reihl, II,**
 **Jacquelyn Elizabeth Reihl** Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 Credit Card | | | | |
| MARIN c/o LVNV Funding LLC P.O. Box 10497 Greenville, SC 29603 | | J | | | | | 638.00 |
| Account No. xxxxxx1604 | | | 6/2008 Collecitons | | | | |
| Med 1 02 Jeffery A Keenan c/o Revenue Recovery 612 Gay St Knoxville, TN 37902 | | J | | | | | 218.00 |
| Account No. xxx9234 | | | 5/2009 Collections | | | | |
| Med 1 Anesthesia Medical Alliance c/o Optima Recovery P.O.Box 52968 Knoxville, TN 37950 | | J | | | | | 203.00 |
| Account No. xxxxxxxxxxxx0149 | | | 7/2005 Collections | | | | |
| Med 1 Dr.Arthur Miller Assoc. PA c/o  Rapid Recovery 1325 SE 47th St Cape Coral, FL 33904-9692 | | J | | | | | 85.00 |
| Account No. xxxxxxxxxxx7314 | | | 11/2008 Collections | | | | |
| Med1 02 Baptist Hospital c/o North American Credit Services 2810 Walker Rd Chattanooga, TN 37421-1082 | | J | | | | | 328.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,472.00

In re **Ronald Allsworth Reihl, II,**
   **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mercy**<br>**Dept 255**<br>**PO Box 4115**<br>**Concord, CA 94524** | | J | 2008<br>Medical | | | | 11.86 |
| Account No. **xxxx-xxxx-xxxx-3115**<br><br>**Merrick Bank**<br>**P.O. Box 1500**<br>**Draper, UT 84020** | | J | 2/2006<br>Credit Card | | | | 1,156.00 |
| Account No.<br><br>**MMC Anesthesia**<br>**c/o Revenue REcovery**<br>**612 Gay st**<br>**PO Box 2968**<br>**Knoxville, TN 37901** | | J | 2009<br>Medical | | | | 672.00 |
| Account No.<br><br>**MRS Associates INC**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | | J | Notice Purpose Only | | | | 0.00 |
| Account No.<br><br>**MRS Associates INC**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | | J | Notice Purpose Only | | | | 0.00 |

Sheet no. __13__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
   1,839.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Ronald Allsworth Reihl, II,**
    **Jacquelyn Elizabeth Reihl** Case No. _____

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7782** <br><br> **Nextel** <br> **c/o GC Services** <br> **6330 Gulfton St** <br> **Houston, TX 77081-1108** | | J | **2006** <br> **Collections** | | | | 864.00 |
| Account No. **xxxxxxxxxxxxx0001** <br><br> **Nissan Motor Acceptance** <br> **c/o GC Services Limited** <br> **PO Box 5220(023)** <br> **San Antonio, TX 78201** | | J | **2008** <br> **Repossession Deficiency** | | | | 7,230.00 |
| Account No. <br><br> **North America Credit Services** <br> **2810 Walker Road** <br> **PO Box 182221** <br> **Chattanooga, TN 37421-1082** | | J | **2009** <br> **Credit Card** | | | | 348.08 |
| Account No. <br><br> **Oak Ridge Hospital** <br> **990 Oak Ridge Tnpk** <br> **Oak Ridge, TN 37830** | | J | **Notice Purpose Only** | | | | 0.00 |
| Account No. <br><br> **OB/GYN Professionals** <br> **9330 Parkwest Blvs** <br> **Knoxville, TN 37923** | | J | **2008** <br> **Medical** | | | | 25.00 |

Sheet no. \_\_**14**\_\_ of \_\_**24**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
                        (Total of this page)       8,467.08

In re **Ronald Allsworth Reihl, II,**
    **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ORNL FCU**<br>**PO Box 365**<br>**Oak Ridge, TN 37831** | | | J | | 2010<br>NSF | | | | 500.00 |
| Account No.<br><br>**Parkwest Medical Center**<br>**Knoxville Business Office Services**<br>**Bldg. B Ste. 401**<br>**1410 Centerpoint Blvd.**<br>**Knoxville, TN 37922** | | | J | | Notice Purpose Only | | | | 0.00 |
| Account No.<br><br>**Pathology Laboratories West**<br>**c/o Nashville Adjustment Bureau**<br>**P.O. Box 198988**<br>**Nashville, TN 37219** | | | J | | 2009<br>Medical | | | | 275.00 |
| Account No.<br><br>**Pediatric Choice**<br>**125 East Town Creek Road**<br>**Lenoir City, TN 37772** | | | J | | 2009<br>Medical | | | | 260.00 |
| Account No. **xxx5870**<br><br>**Pediatric Choice LLC**<br>**c/o Fast Inc**<br>**8300 Kingston Pike**<br>**Knoxville, TN 37919** | | | J | | 12/2009<br>Collections | | | | 85.00 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,120.00

In re    **Ronald Allsworth Reihl, II,**
     **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pediatry-Obst Medical Group 1 PO Box 504464 Saint Louis, MO 63150** | | J | **2009 Medical** | | | | 731.56 |
| Account No. <br><br> **Portfolio Recovery P.O. Box 12914 Norfolk, VA 23541** | | J | **Notice Purpose Only** | | | | 0.00 |
| Account No. <br><br> **Premier Surgical Associates c/o Optima Recovery Services 6215 Kingston Pk Ste A Knoxville, TN 37919** | | J | **2009 Medical** | | | | 1,263.00 |
| Account No. <br><br> **Quest Diagnostics PO Box 740777 Cincinnati, OH 45274** | | J | **2009 Medical** | | | | 6.58 |
| Account No. <br><br> **Radiology Imaging c/o Optima Recovery Services 6215 Kingston Pike, Suite A P.O.Box 52968 Knoxville, TN 37950** | | J | **2009 Medical** | | | | 18.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,019.14**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Ronald Allsworth Reihl, II,**
    **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rebecca Walker<br>Ste 100<br>9300 Park West Blvd<br>Knoxville, TN 37923 | | J | Notice Purpose Only | | | | 0.00 |
| Account No.<br><br>Redline Recoveries<br>6464 Savoy Drive.<br>4th Fl.<br>Houston, TX 77036 | | J | Notice Purpose Only | | | | 0.00 |
| Account No.<br><br>Regions Bank<br>Department 0150<br>P.O. Box 2153<br>Birmingham, AL 35287 | | J | 2009<br>Repossession Deficiency | | | | 17,500.00 |
| Account No.<br><br>Regions Bank<br>Department 0150<br>P.O. Box 2153<br>Birmingham, AL 35287 | | J | 2008<br>Credit Card | | | | 900.00 |
| Account No.<br><br>Revenue Recovery Corp<br>612 South Gay Street<br>P.O. Box 2698<br>Knoxville, TN 37901 | | J | Notice Purpose Only | | | | 0.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,400.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Ronald Allsworth Reihl, II,**
    **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Roane County Chancery Court**<br>**P.O. Box 402**<br>**Docket No. 16038**<br>**Kingston, TN 37763** | | J | | | | | 0.00 |
| Account No. | | | 2009<br>Medical | | | | |
| **Roane Medical Center**<br>**PO Box 489**<br>**Harriman, TN 37748** | | J | | | | | 1,573.00 |
| Account No. | | | 2008<br>Personal Loan | | | | |
| **Ronald Reihl**<br>**1095 W Garber Ave**<br>**Harriman, TN 37748** | | J | | | | | 2,500.00 |
| Account No. | | | 2009<br>Judgment | | | | |
| **Rural/Metro Ambulance**<br>**C/O Revenue Recovery**<br>**PO Box 2698**<br>**Knoxville, TN 37901** | | J | | | | | 727.50 |
| Account No. | | | 2009<br>Medical | | | | |
| **SE Emergency Phy**<br>**3429 Regal Dr**<br>**Alcoa, TN 37701** | | J | | | | | 525.00 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,325.50**

In re **Ronald Allsworth Reihl, II,**
      **Jacquelyn Elizabeth Reihl**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2010 Credit Card | | | | |
| Sears c/o Jefferson Capital Systems 16 McLeland Road Saint Cloud, MN 56303 | | | J | | | | | | 1,959.00 |
| Account No. | | | | | Notice Purpose Only | | | | |
| Simm Associates 800 Pencader Drive Newark, DE 19702 | | | J | | | | | | 0.00 |
| Account No. | | | | | 2008 Collections | | | | |
| Sonic c/o Arthur Gallagher 2345 Grand Blvd Suite 900 Kansas City, MO 64108 | | | J | | | | | | 1,625.00 |
| Account No. xxxx1425 | | | | | 4/2008 Collections | | | | |
| Sprint c/o NCO Financial PO Box 41448 Philadelphia, PA 19101 | | | J | | | | | | 625.00 |
| Account No. | | | | | 2009 Medical | | | | |
| Stephen Lazarus 801 N Weisgarber Rd Ste 500 Knoxville, TN 37909 | | | J | | | | | | 1,200.00 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,409.00

In re **Ronald Allsworth Reihl, II,**
    **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Summitt Medical Group** 1225 East Weisgaber Road #200 Knoxville, TN 37909 | | J | 2009 Medical | | | | 56.00 |
| Account No. **TCCA/CBET** Credit Bureau Collection Division P.O. Box 1619 Morristown, TN 37816 | | J | 2008 Collections | | | | 4,037.00 |
| Account No. **The Skin Wellness Center** 10215 Kingston Pike, Suite 200 Knoxville, TN 37922 | | J | 2009 Medical | | | | 265.00 |
| Account No. **The Willows** 7000 Arbor Trace Knoxville, TN 37909 | | J | 2001 Collections | | | | 2,200.00 |
| Account No. **Tina Hughes and Christina Turner** c/o Donice Butler 719 Morgan Ave Harriman, TN 37748 | | J | 2009 Notice Purpose Only | | | | 0.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,558.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Ronald Allsworth Reihl, II,**
    **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **TN Foot and Ankle Clinic** <br> **125 E. Town Creek Rd** <br> **Lenoir City, TN 37772** | | J | **2009** <br> **Medical** | | | | 156.00 |
| Account No. <br><br> **Toys R US Cardmember Services** <br> **P.O. Box 94014** <br> **Palatine, IL 60094** | | J | **2009** <br> **NSF** | | | | 192.00 |
| Account No. <br><br> **Tri County Collection** <br> **221 E Main Street, Suite 201** <br> **Morristown, TN 37814** | | J | **Notice Purpose Only** | | | | 0.00 |
| Account No. <br><br> **TRS** <br> **4315 Pickett Road** <br> **Saint Joseph, MO 64503** | | J | **2009** <br> **Personal Loan** | | | | 1,405.00 |
| Account No. <br><br> **Union Planters Bank** <br> **Southeastern Financial** <br> **6160 E. Shelby Dr.** <br> **Memphis, TN 38141** | | J | **2009** <br> **Credit Card** | | | | 300.00 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,053.00

In re **Ronald Allsworth Reihl, II,**
 **Jacquelyn Elizabeth Reihl**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Notice Purpose Only | | | | |
| University Anesthesia C/O Accounts Research PO BOX 22782 Knoxville, TN 37933 | | | J | | | | | | 0.00 |
| Account No. | | | | | 2007 Student Loan | | | | |
| University of Phoenix 4615 East Elwood Phoenix, AZ 85040 | | | J | | | | | | 1,651.00 |
| Account No. | | | | | 2009 Medical | | | | |
| University Patologists, PC P.O. Box 52450 Knoxville, TN 37950 | | | J | | | | | | 14.00 |
| Account No. | | | | | 2009 Notice Purpose Only | | | | |
| US Cellular P.O. Box 530724 Atlanta, GA 30353 | | | J | | | | | | 0.00 |
| Account No. | | | | | Notice Purpose Only | | | | |
| UT Medical Center P.O. Box 1512 Knoxville, TN 37901 | | | J | | | | | | 0.00 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,665.00

In re **Ronald Allsworth Reihl, II,**      Case No. _____
    **Jacquelyn Elizabeth Reihl**
_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx1686** <br><br> **Verizon** <br> **c/o Midland Credit Managment** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | J | | **2010** <br> **Collections** | | | | 297.00 |
| Account No. <br><br> **Vista Radiology** <br> **C/O Revenue Recovery** <br> **PO Box 2698** <br> **Knoxville, TN 37901** | | | J | | **Notice Purpose Only** | | | | 0.00 |
| Account No. **xxxxxxxxxxx3632** <br><br> **Wachovia Bank** <br> **c/o RJM Acquisitions, LLC** <br> **575 Underhill Blvd. #224** <br> **Syosset, NY 11791** | | | J | | **12/2007** <br> **Collections** | | | | 82.00 |
| Account No. <br><br> **Wachovia Bank** <br> **c/o RJM Acquisitions, LLC** <br> **575 Underhill Blvd. #224** <br> **Syosset, NY 11791** | | | J | | **2007** <br> **NSF** | | | | 200.00 |
| Account No. **xxx9601** <br><br> **Washington Mutual** <br> **c/o Hudson and Keyse** <br> **382 Blackbrook Rd** <br> **Painesville, OH 44077-1217** | | | J | | **8/2009** <br> **Collections** | | | | 1,449.00 |

Sheet no. **23** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      2,028.00

In re **Ronald Allsworth Reihl, II,**
 **Jacquelyn Elizabeth Reihl**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **WCZ of TN Loudon** **2400 Chipman St** **Knoxville, TN 37917** | | J | | **2007** **Services** | | | | 11.00 |
| Account No. **Wells Fargo Auto Finance** **c/o Central Credit Services** **PO Box 15118** **Jacksonville, FL 32239** | | J | | **2009** **Repossession Deficiency** | | | | 21,395.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 21,406.00 |
| Total (Report on Summary of Schedules) | 145,439.78 |

In re    **Ronald Allsworth Reihl, II,**
        **Jacquelyn Elizabeth Reihl**

                      Debtors

Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Unknown** | **Storage unit contract. Assume.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Ronald Allsworth Reihl, II,**                                      Case No. _____

         **Jacquelyn Elizabeth Reihl**

                                           Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

| In re | Ronald Allsworth Reihl, II | | Case No. | |
|---|---|---|---|---|
| | Jacquelyn Elizabeth Reihl | | | |

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**1** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Quarry Foreman** | |
| Name of Employer | **Rogers Group Inc** | **Unemployed** |
| How long employed | **4 years** | |
| Address of Employer | **260 Quarry Road**<br>**Harriman, TN 37748** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 4,296.07 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,296.07 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 337.18 | $ | 0.00 |
| b. Insurance | $ | 127.66 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 464.84 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,831.23 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,831.23 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 3,831.23 | |

(Report also on Summary of Schedules and, if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re   **Ronald Allsworth Reihl, II**                         Case No. _____
        **Jacquelyn Elizabeth Reihl**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 493.00 |
|     a. Are real estate taxes included?               Yes \_\_\_       No **X** | |
|     b. Is property insurance included?             Yes **X**     No \_\_\_ | |
| 2. Utilities:     a. Electricity and heating fuel | $ 500.00 |
|               b. Water and sewer | $ 0.00 |
|               c. Telephone | $ 40.00 |
|               d. Other   **See Detailed Expense Attachment** | $ 140.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 650.00 |
| 5. Clothing | $ 209.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 180.00 |
| 8. Transportation (not including car payments) | $ 490.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|               a. Homeowner's or renter's | $ 0.00 |
|               b. Life | $ 0.00 |
|               c. Health | $ 0.00 |
|               d. Auto | $ 80.00 |
|               e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify)   **Real Estate Taxes** | $ 50.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|               a. Auto | $ 0.00 |
|               b. Other   **Storage Unit** | $ 75.00 |
|               c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ 600.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,807.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 3,831.23 |
| b.   Average monthly expenses from Line 18 above | $ 3,807.00 |
| c.   Monthly net income (a. minus b.) | $ 24.23 |

In re    **Ronald Allsworth Reihl, II**
      **Jacquelyn Elizabeth Reihl**                        Case No. _____

                             Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Internet** | $ | **40.00** |
| **Cable** | $ | **100.00** |
| **Total Other Utility Expenditures** | $ | **140.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Personal Grooming** | $ | **59.00** |
| **Household Cleaners** | $ | **61.00** |
| **Pet Care** | $ | **50.00** |
| **Work Lunches** | $ | **180.00** |
| **Miscellaneous** | $ | **250.00** |
| **Total Other Expenditures** | $ | **600.00** |

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **Ronald Allsworth Reihl, II**
        **Jacquelyn Elizabeth Reihl**

Case No. _____

                             Debtor(s)

Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**40**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March  2, 2010** _____

Signature    **/s/ Ronald Allsworth Reihl, II**
                **Ronald Allsworth Reihl, II**
                Debtor

Date   **March  2, 2010** _____

Signature    **/s/ Jacquelyn Elizabeth Reihl**
                **Jacquelyn Elizabeth Reihl**
                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
### Eastern District of Tennessee

In re    **Ronald Allsworth Reihl, II**
       **Jacquelyn Elizabeth Reihl** _____    Case No. _____

                                                 Debtor(s)      Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Ronald Allsworth Reihl, II**
**Jacquelyn Elizabeth Reihl** _____    X   **/s/ Ronald Allsworth Reihl, II**      **March 2, 2010**
Printed Name(s) of Debtor(s)                          Signature of Debtor                   Date

Case No. (if known) _____    X   **/s/ Jacquelyn Elizabeth Reihl**      **March 2, 2010**
                                             Signature of Joint Debtor (if any)      Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**United States Bankruptcy Court**

**Eastern District of Tennessee**

In re    **Ronald Allsworth Reihl, II**
     **Jacquelyn Elizabeth Reihl**
               Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

       The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **March 2, 2010**

**/s/ Ronald Allsworth Reihl, II**
**Ronald Allsworth Reihl, II**
Signature of Debtor

Date:    **March 2, 2010**

**/s/ Jacquelyn Elizabeth Reihl**
**Jacquelyn Elizabeth Reihl**
Signature of Debtor

Date:    **March 2, 2010**

**/s/ Zachary Burroughs,**
Signature of Attorney
**Zachary Burroughs, 025896**
**Clark & Washington, P.C.**
**5401 Kingston Pike**
**Building 3, Suite 610**
**Knoxville, TN 37919**
**865-281-8084 Fax: 865-862-8799**

01 Bureau Investment Group
c/o The Bureaus
1717 Central St
Evanston, IL 60201-1507


Adjustment Service
PO Box 1512
Knoxville, TN 37901


Alliance One
1160 Centre Pointe Drive, Suite #1
Mednota Heights, MN 55120


Amsouth
2050 Parkway Office Circle
Birmingham, AL 35244


Anesthesia Medical Alliance
c/o Optima Recovery Services
6215 Kingston Pike, Suite A
Knoxville, TN 37919


Apex Financial Management, LLC
PO Box 2219
Northbrook, IL 60065


Applied Bank Card
PO Box 11170
Wilmington, DE 19850


Aspire Visa
C/O Midland Credit Management
8875 Aero Dr.
San Diego, CA 92123


Associated Recovery
P.O. Box 469046
Escondido, CA 92046


AT &T Mobility
c/o AFNI
PO Box 3427
Bloomington, IL 61702

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726


Baptist Hospital
c/o Reports Inc
601 Concord Street Suite 116
Knoxville, TN 37939


Baptist Hospital West
P.O. Box 415000
MSC410203
Nashville, TN 37241


Barclays Bank Delaware
125 S. West Street
Wilmington, DE 19801


BB&T
PO Box 819
Wilson, NC 27894


BellSouth
P.O. Box 3910
Tupelo, MS 38803-3910


Best Buy Reward Zone
P.O. Box 5222
Carol Stream, IL 60197


BRS Equipment Recovery Services
PO Box 9062
Addison, TX 75001


Bureaus Investment
1717 Central Street
Evanston, IL 60204


Capital One Bank
120 East Shore  Dr
Glen Allen, VA 23059


Card Works Inc
393 Vanadium Rd Suite 300
Pittsburgh, PA 15243

Charter Communications
c/o Credit Protection Association
P.O. Box 600
Alcoa, TN 37701-0600


Chase Bank
800 Brooksedge Blvd
Westerville, OH 43081


CitiBank NA
701 E 60th St N
Sioux Falls, SD 57104


Citizens Saving & Loan
8078 Kingston Pike
Knoxville, TN 37919


Clark & Washington, PC
3300 Northeast Expressway
Bldg. 3 Ste. A
Atlanta, GA 30341


Clary P Foote MD
2319 S Roane Street
Harriman, TN 37748-8653


College Loan Corp
c/o ACS
501 Bleecker St
Utica, NY 13501


Comcast
c/o CBCS
P.O. Box 163250
Columbus, OH 43216


Covenant Medical Management
280 Fort Sanders W Blvd 205
Knoxville, TN 37922


Credit Collection Services
Two Wells Avenue
Dept. 587
Newton Center, MA 02459

Credit One
P.O. Box 60500
City Of Industry, CA 91716-0500


David Ayers
423 Medical Park Drive
Lenoir City, TN 37772


Desoto Memorial Hospital
900 N Roberts Ave
Arcadia, FL 34266


Donald Morris
801 Cranfield Lane
Lenoir City, TN 37772


Enhanced Recovery
8014 Bayberry Road
Jacksonville, FL 32256


Equable Ascent Financial LLC
1120 W Lake Coook Rd
Ste B
Buffalo Grove, IL 60089


FAST
P.O. Box 11567
8300 Kingston Pike
Knoxville, TN 37939-1567


Fay Portable Buildings
c/o Transworld Systems
320 N. Cedar Bluff Rd #240
Knoxville, TN 37923


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145


First Source
P.O. Box 628
Buffalo, NY 14240

Ft. Sanders Loudon Emergency
c/o Revenue REcovery
612 Gay St
Knoxville, TN 37902


Gary A. Cooper DDS
420 S. Charels G Seviers Blvd
Clinton, TN 37716


GE Money Bank
c/o Midland Funding
PO Box 1967
Southgate, MI 48195


Grant, Konvalinka & Harrison, PC
P.O. Box 24326
Chattanooga, TN 37422


Harriman City
PO Box 433
Harriman, TN 37748


Harriman City Hospital
412 Devonia Street
P.O. Box 489
Harriman, TN 37748


Harriman Utility Board
c/o IC Systems
P.O. Box 64378
Saint Paul, MN 55164-0378


Harry G Boye Jr
c/o Revenue Recovery
612 Gay St
PO Box 2968
Memphis, TN 37501


HSBC Card Services
c/o Arrow Financial Service
5996 W Touhy Ave
Niles, IL 60714

```
IRS
401 W. Peachtree St., N.W.
Stop #334-D
Room 400
Atlanta, GA 30308


Jeffery A Keeman
PO Box 23740
Knoxville, TN 37933


Jolas & Associates, LLP
202 1st. Street NW
P.O. Box 4000
Mason City, IA 50401


Juniper Bank
P.O. Box 8801
Wilmington, DE 19899


Knox County General Sessions Court
400 Main Street
Knoxville, TN 37902


Knoxville Wholesale Furniture
PO Box 3212
Evansville, IN 47731


Lab Corp
c/o AMCA
2269 S. Saw Mill River Road
Elmsford, NY 10523


Loudon County Trustee
PO Box 351
Loudon, TN 37774


LVNV Funding LLC
P.O. Box 10584
Greenville, SC 29603-0584


MARIN
c/o LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603
```

Med 1 02 Jeffery A Keenan
c/o Revenue Recovery
612 Gay St
Knoxville, TN 37902


Med 1 Anesthesia Medical Alliance
c/o Optima Recovery
P.O.Box 52968
Knoxville, TN 37950


Med 1 Dr.Arthur Miller Assoc. PA
c/o  Rapid Recovery
1325 SE 47th St
Cape Coral, FL 33904-9692


Med1 02 Baptist Hospital
c/o North American Credit Services
2810 Walker Rd
Chattanooga, TN 37421-1082


Mercy
Dept 255
PO Box 4115
Concord, CA 94524


Merrick Bank
P.O. Box 1500
Draper, UT 84020


MMC Anesthesia
c/o Revenue REcovery
612 Gay st
PO Box 2968
Knoxville, TN 37901


MRS Associates INC
1930 Olney Ave
Cherry Hill, NJ 08003


Nextel
c/o GC Services
6330 Gulfton St
Houston, TX 77081-1108

Nissan Motor Acceptance
c/o GC Services Limited
PO Box 5220(023)
San Antonio, TX 78201


North America Credit Services
2810 Walker Road
PO Box 182221
Chattanooga, TN 37421-1082


Oak Ridge Hospital
990 Oak Ridge Tnpk
Oak Ridge, TN 37830


OB/GYN Professionals
9330 Parkwest Blvs
Knoxville, TN 37923


ORNL FCU
PO Box 365
Oak Ridge, TN 37831


Parkwest Medical Center
Knoxville Business Office Services
Bldg. B Ste. 401
1410 Centerpoint Blvd.
Knoxville, TN 37922


Pathology Laboratories West
c/o Nashville Adjustment Bureau
P.O. Box 198988
Nashville, TN 37219


Pediatric Choice
125 East Town Creek Road
Lenoir City, TN 37772


Pediatric Choice LLC
c/o Fast Inc
8300 Kingston Pike
Knoxville, TN 37919


Pediatry-Obst
Medical Group 1
PO Box 504464
Saint Louis, MO 63150

Portfolio Recovery
P.O. Box 12914
Norfolk, VA 23541


Premier Surgical Associates
c/o Optima Recovery Services
6215 Kingston Pk Ste A
Knoxville, TN 37919


Quest Diagnostics
PO Box 740777
Cincinnati, OH 45274


Radiology Imaging
c/o Optima Recovery Services
6215 Kingston Pike, Suite A
P.O.Box 52968
Knoxville, TN 37950


Rebecca Walker
Ste 100
9300 Park West Blvd
Knoxville, TN 37923


Redline Recoveries
6464 Savoy Drive.
4th Fl.
Houston, TX 77036


Regions Bank
Department 0150
P.O. Box 2153
Birmingham, AL 35287


Revenue Recovery Corp
612 South Gay Street
P.O. Box 2698
Knoxville, TN 37901


Roane County Chancery Court
P.O. Box 402
Docket No. 16038
Kingston, TN 37763

Roane Medical Center
PO Box 489
Harriman, TN 37748


Ronald Reihl
1095 W Garber Ave
Harriman, TN 37748


Rural/Metro Ambulance
C/O Revenue Recovery
PO Box 2698
Knoxville, TN 37901


SE Emergency Phy
3429 Regal Dr
Alcoa, TN 37701


Sears
c/o Jefferson Capital Systems
16 McLeland Road
Saint Cloud, MN 56303


Simm Associates
800 Pencader Drive
Newark, DE 19702


Sonic
c/o Arthur Gallagher
2345 Grand Blvd Suite 900
Kansas City, MO 64108


Sprint
c/o NCO Financial
PO Box 41448
Philadelphia, PA 19101


Stephen Lazarus
801 N Weisgarber Rd
Ste 500
Knoxville, TN 37909


Summitt Medical Group
1225 East Weisgaber Road #200
Knoxville, TN 37909

Suzanne H Bauknight
Asst US Atty
Howard H. Baker Jr US Courthouse
800 Market St. Suite 211
Knoxville, TN 37902


TCCA/CBET
Credit Bureau Collection
Division P.O. Box 1619
Morristown, TN 37816


The Skin Wellness Center
10215 Kingston Pike, Suite 200
Knoxville, TN 37922


The Willows
7000 Arbor Trace
Knoxville, TN 37909


Tin Hughes and Christina Turner
c/o Donice Butler
719 Morgan Avenue
Harriman, TN 37748


Tina Hughes and Christina Turner
c/o Donice Butler
719 Morgan Ave
Harriman, TN 37748


TN Foot and Ankle Clinic
125 E. Town Creek Rd
Lenoir City, TN 37772


Toys R US Cardmember Services
P.O. Box 94014
Palatine, IL 60094


Tri County Collection
221 E Main Street, Suite 201
Morristown, TN 37814


TRS
4315 Pickett Road
Saint Joseph, MO 64503

Union Planters Bank
Southeastern Financial
6160 E. Shelby Dr.
Memphis, TN 38141


University Anesthesia
C/O Accounts Research
PO BOX 22782
Knoxville, TN 37933


University of Phoenix
4615 East Elwood
Phoenix, AZ 85040


University Patologists, PC
P.O. Box 52450
Knoxville, TN 37950


Unknown


US Cellular
P.O. Box 530724
Atlanta, GA 30353


UT Medical Center
P.O. Box 1512
Knoxville, TN 37901


Verizon
c/o Midland Credit Managment
8875 Aero Drive
San Diego, CA 92123


Vista Radiology
C/O Revenue Recovery
PO Box 2698
Knoxville, TN 37901


Wachovia Bank
c/o RJM Acquisitions, LLC
575 Underhill Blvd. #224
Syosset, NY 11791

Washington Mutual
c/o Hudson and Keyse
382 Blackbrook Rd
Painesville, OH 44077-1217


WCZ of TN Loudon
2400 Chipman St
Knoxville, TN 37917


Wells Fargo Auto Finance
c/o Central Credit Services
PO Box 15118
Jacksonville, FL 32239