# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Ronald Allsworth Reihl, II**
     **Jacquelyn Elizabeth Reihl**

                                                  Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>Donald Morris | **Describe Property Securing Debt:**<br>**House and lot located at 5140 E. Town Creek Road, Lenoir City, TN  37772** |
|---|---|

Property will be (check one):

☐ Surrendered                   ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                ☐ Not claimed as exempt

---

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Tin Hughes and Christina Turner** | **Describe Property Securing Debt:**<br>**House and lot located at 5140 E. Town Creek Road, Lenoir City, TN  37772** |

Property will be (check one):

□ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):

□ Redeem the property
■ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt        □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Unknown** | **Describe Leased Property:**<br>**Storage unit contract.**<br>**Assume.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **March  2, 2010**         Signature   **/s/ Ronald Allsworth Reihl, II**

                                                    **Ronald Allsworth Reihl, II**

                                                    Debtor

Date   **March  2, 2010**         Signature   **/s/ Jacquelyn Elizabeth Reihl**

                                                    **Jacquelyn Elizabeth Reihl**

                                                    Joint Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Tennessee

| | |
|---|---|
| IN RE: | * CASE NO.: |
| | * |
| **Ronald Allsworth Reihl, II,** | * |
| and | * CHAPTER: **7** |
| **Jacquelyn Elizabeth Reihl,** | * |
| | * |
| Debtors | * |

## CERTIFICATE OF SERVICE

I certify that on this day, I served the following parties with a copy of the "Debtors' Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

Patricia Foster
U.S. Trustee's Office
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Ronald & Jacquelyn Reihl, II
5140 E. Town Creek Road
Lenoir City, TN 37772

Donald Morris
801 Cranfield Lane
Lenoir City TN  37772

Tin Hughes and Christina Turner
c/o Donice Butler
719 Morgan Avenue
Harriman TN  37748

Unknown

Dated: 3/2/2010

 /s/ Zachary Burroughs, 025896
Zachary Burroughs, 025896,
Attorneys for Debtors
Clark & Washington, P.C.
5401 Kingston Pike
Building 3, Suite 610
Knoxville, TN 37919
865-281-8084