B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Reihl, Ronald Allsworth II** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Reihl, Jacquelyn Elizabeth** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Jacquelyn Elizabeth Kilgore** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0345** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5650** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5140 E. Town Creek Road**<br>**Lenoir City, TN**<br>ZIP Code **37772** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5140 E. Town Creek Road**<br>**Lenoir City, TN**<br>ZIP Code **37772** |
| County of Residence or of the Principal Place of Business:<br>**Loudon** | County of Residence or of the Principal Place of Business:<br>**Loudon** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Reihl, Ronald Allsworth II**<br>**Reihl, Jacquelyn Elizabeth** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **Eastern District of Tennessee** | Case Number:<br>**01-31501** | Date Filed:<br>**3/26/01** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Zachary Burroughs,**        **March 3, 2010**<br>Signature of Attorney for Debtor(s)        (Date)<br>**Zachary Burroughs, 025896** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Reihl, Ronald Allsworth II**<br>**Reihl, Jacquelyn Elizabeth** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Ronald Allsworth Reihl, II**
Signature of Debtor **Ronald Allsworth Reihl, II**

**X** **/s/ Jacquelyn Elizabeth Reihl**
Signature of Joint Debtor **Jacquelyn Elizabeth Reihl**

Telephone Number (If not represented by attorney)

**March 3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Zachary Burroughs,**
Signature of Attorney for Debtor(s)

**Zachary Burroughs, 025896**
Printed Name of Attorney for Debtor(s)

**Clark & Washington, P.C.**
Firm Name

**5401 Kingston Pike**
**Building 3, Suite 610**
**Knoxville, TN 37919**
Address

**Email: cwknoxville@cw13.com**
**865-281-8084  Fax: 865-862-8799**
Telephone Number

**March 3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY
# TO AMENDED SCHEDULE A

We, Ronald Allsworth Reihl II and Jacquelyn Elizabeth Reihl, declare under penalty of perjury that we have read the above statement and the matters stated therein are true and correct to the best of our knowledge, information and belief.


DATED: March 3, 2010                /s/ RONALD ALLSWORTH REIHL II

                                    /s/ JACQUELYN ELIZABETH REIHL

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

In re: RONALD ALLSWORTH REIHL II         Case No. 10-30936
       JACQUELYN ELIZABETH REIHL          Chapter 7

    Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing Amended Voluntary Petition have been forwarded to all affected creditors listed on the debtor's mailing matrix (copy attached) and to the following by depositing in the U.S. Mail, postage prepaid, and/or Electronic Case Filing (ECF) on March 3, 2010.

Patricia Foster
U.S. Trustee's Office
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Michael H. Fitzpatrick
Chapter 7 Trustee
800 S. Gay Street, First TN Plaza
Suite 2121
Knoxville, TN 37929-2121

See attached list of creditors

                                    /s/ Zachary S. Burroughs
                                    Zachary S. Burroughs, #025896
                                    Attorney for Debtors
                                    CLARK & WASHINGTON, P.C.
                                    5401 Kingston Pike Ste 610
                                    Knoxville, TN 37918
                                    (865) 281-8084
                                    cwknoxville@cw13.com

Dated: March 3, 2010

```
Label Matrix for local noticing          3                                        01 Bureau Investment Group
0649-3                                    United States Bankruptcy Court           c/o The Bureaus
Case 3:10-bk-30936                        Howard H. Baker Jr. U.S. Courthouse      1717 Central St
Eastern District of Tennessee             Suite 330, 800 Market Street             Evanston, IL 60201-1507
Knoxville                                 Knoxville, TN 37902-2343
Wed Mar  3 08:50:39 EST 2010

AT &T Mobility                            Adjustment Service                       Alliance One
c/o AFNI                                  PO Box 1512                              1160 Centre Pointe Drive, Suite #1
PO Box 3427                               Knoxville, TN 37901-1512                 Mednota Heights, MN 55120-1270
Bloomington, IL 61702-3427


Amsouth                                   Anesthesia Medical Alliance              Apex Financial Management, LLC
2050 Parkway Office Circle                c/o Optima Recovery Services             PO Box 2219
Birmingham, AL 35244-1805                 6215 Kingston Pike, Suite A              Northbrook, IL 60065-2219
                                          Knoxville, TN 37919-4044


Applied Bank Card                         Aspire Visa                              Associated Recovery
PO Box 11170                              C/O Midland Credit Management            P.O. Box 469046
Wilmington, DE 19850-1170                 8875 Aero Dr.                            Escondido, CA 92046-9046
                                          San Diego, CA 92123-2251


(p)BB AND T                               BRS Equipment Recovery Services          Bank of America
PO BOX 1847                               PO Box 9062                              P.O. Box 15726
WILSON NC 27894-1847                      Addison, TX 75001-9062                   Wilmington, DE 19886-5726


Baptist Hospital                          Baptist Hospital West                    Barclays Bank Delaware
c/o Reports Inc                           P.O. Box 415000                          125 S. West Street
601 Concord Street Suite 116              MSC410203                                Wilmington, DE 19801-5014
Knoxville, TN 37919-3340                  Nashville, TN 37241-5000


BellSouth                                 Best Buy Reward Zone                     Bureaus Investment
P.O. Box 3910                             P.O. Box 5222                            1717 Central Street
Tupelo, MS 38803-3910                     Carol Stream, IL 60197-5222              Evanston, IL 60201-1507


Capital One Bank                          Card Works Inc                           (p)CHARTER COMMUNICATIONS
120 East Shore  Dr                        393 Vanadium Rd Suite 300                1774 HENRY G LANE ST
Glen Allen, VA 23059-5646                 Pittsburgh, PA 15243-1478                MARYVILLE TN 37801-3702


Chase Bank                                CitiBank NA                              Citizens Saving & Loan
800 Brooksedge Blvd                       701 E 60th St N                          8078 Kingston Pike
Westerville, OH 43081-2822                Sioux Falls, SD 57104-0493               Knoxville, TN 37919-5501


Clark & Washington, PC                    Clary P Foote MD                         College Loan Corp
3300 Northeast Expressway                 2319 S Roane Street                      c/o ACS
Bldg. 3 Ste. A                            Harriman, TN 37748-8707                  501 Bleecker St
Atlanta, GA 30341-3932                                                             Utica, NY 13501-2401
```

| | | |
|---|---|---|
| Comcast<br>c/o CBCS<br>P.O. Box 163250<br>Columbus, OH 43216-3250 | Covenant Medical Management<br>280 Fort Sanders W Blvd 205<br>Knoxville, TN 37922-3363 | Credit Collection Services<br>Two Wells Avenue<br>Dept. 587<br>Newton Center, MA 02459-3208 |
| Credit One<br>P.O. Box 60500<br>City Of Industry, CA 91716-0500 | David Ayers<br>423 Medical Park Drive<br>Lenoir City, TN 37772-5640 | Desoto Memorial Hospital<br>900 N Roberts Ave<br>Arcadia, FL 34266-8712 |
| Donald Morris<br>801 Cranfield Lane<br>Lenoir City, TN 37772-5513 | Enhanced Recovery<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Equable Ascent Financial LLC<br>1120 W  Lake Coook Rd<br>Ste B<br>Buffalo Grove, IL 60089-1970 |
| FAST<br>P.O. Box 11567<br>8300 Kingston Pike<br>Knoxville, TN 37919-5449 | Fay Portable Buildings<br>c/o Transworld Systems<br>320 N. Cedar Bluff Rd #240<br>Knoxville, TN 37923-4524 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| First Source<br>P.O. Box 628<br>Buffalo, NY 14240-0628 | Ft. Sanders Loudon Emergency<br>c/o Revenue REcovery<br>612 Gay St<br>Knoxville, TN 37902-1603 | GE Money Bank<br>c/o Midland Funding<br>PO Box 1967<br>Southgate, MI 48195-0967 |
| Gary A. Cooper DDS<br>420 S. Charels G Seviers Blvd<br>Clinton, TN 37716-3931 | Grant, Konvalinka & Harrison, PC<br>P.O. Box 24326<br>Chattanooga, TN 37422-4326 | HSBC Card Services<br>c/o Arrow Financial Service<br>5996 W Touhy Ave<br>Niles, IL 60714-4610 |
| Harriman City<br>PO Box 433<br>Harriman, TN 37748-0433 | Harriman City Hospital<br>412 Devonia Street<br>P.O. Box 489<br>Harriman, TN 37748-0489 | Harriman Utility Board<br>c/o IC Systems<br>P.O. Box 64378<br>Saint Paul, MN 55164-0378 |
| Harry G Boye Jr<br>c/o Revenue Recovery<br>612 Gay St<br>PO Box 2968<br>Memphis, TN 37501-0001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Jeffery A Keeman<br>PO Box 23740<br>Knoxville, TN 37933-1740 |
| Jolas & Associates, LLP<br>202 1st. Street NW<br>P.O. Box 4000<br>Mason City, IA 50402-4000 | Juniper Bank<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 | Knox County General Sessions Court<br>400 Main Street<br>Knoxville, TN 37902-2409 |
| Knoxville Wholesale Furniture<br>PO Box 3212<br>Evansville, IN 47731-3212 | LVNV Funding LLC<br>P.O. Box 10584<br>Greenville, SC 29603-0584 | Lab Corp<br>c/o AMCA<br>2269 S. Saw Mill River Road<br>Elmsford, NY 10523-3832 |

| | | |
|---|---|---|
| Loudon County Trustee<br>PO Box 351<br>Loudon, TN 37774-0351 | MARIN<br>c/o LVNV Funding LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 | MMC Anesthesia<br>c/o Revenue REcovery<br>612 Gay st<br>PO Box 2968<br>Knoxville, TN 37902-1603 |
| MRS Associates INC<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 | Med 1 02 Jeffery A Keenan<br>c/o Revenue Recovery<br>612 Gay St<br>Knoxville, TN 37902-1603 | Med 1 Anesthesia Medical Alliance<br>c/o Optima Recovery<br>P.O.Box 52968<br>Knoxville, TN 37950-2968 |
| Med 1 Dr.Arthur Miller Assoc. PA<br>c/o  Rapid Recovery<br>1325 SE 47th St<br>Cape Coral, FL 33904-9692 | Med1 02 Baptist Hospital<br>c/o North American Credit Services<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 | Mercy<br>Dept 255<br>PO Box 4115<br>Concord, CA 94524-4115 |
| Merrick Bank<br>P.O. Box 1500<br>Draper, UT 84020-1500 | Nextel<br>c/o GC Services<br>6330 Gulfton St<br>Houston, TX 77081-1108 | Nissan Motor Acceptance<br>c/o GC Services Limited<br>PO Box 5220(023)<br>San Antonio, TX 78201-0220 |
| North America Credit Services<br>2810 Walker Road<br>PO Box 182221<br>Chattanooga, TN 37422-7221 | OB/GYN Professionals<br>9330 Parkwest Blvs<br>Knoxville, TN 37923 | ORNL FCU<br>PO Box 365<br>Oak Ridge, TN 37831-0365 |
| Oak Ridge Hospital<br>990 Oak Ridge Tnpk<br>Oak Ridge, TN 37830-6942 | Parkwest Medical Center<br>Knoxville Business Office Services<br>Bldg. B Ste. 401<br>1410 Centerpoint Blvd.<br>Knoxville, TN 37932-1985 | Pathology Laboratories West<br>c/o Nashville Adjustment Bureau<br>P.O. Box 198988<br>Nashville, TN 37219-8988 |
| Pediatric Choice<br>125 East Town Creek Road<br>Lenoir City, TN 37772-5690 | Pediatric Choice LLC<br>c/o Fast Inc<br>8300 Kingston Pike<br>Knoxville, TN 37919-5449 | Pediatry-Obst<br>Medical Group 1<br>PO Box 504464<br>Saint Louis, MO 63150-0001 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Surgical Associates<br>c/o Optima Recovery Services<br>6215 Kingston Pk Ste A<br>Knoxville, TN 37919-4044 | Quest Diagnostics<br>PO Box 740777<br>Cincinnati, OH 45274-0777 |
| Radiology Imaging<br>c/o Optima Recovery Services<br>6215 Kingston Pike, Suite A<br>P.O.Box 52968<br>Knoxville, TN 37950-2968 | Rebecca Walker<br>Ste 100<br>9300 Park West Blvd<br>Knoxville, TN 37923-4301 | Redline Recoveries<br>6464 Savoy Drive.<br>4th Fl.<br>Houston, TX 77036-3395 |
| Regions Bank<br>Department 0150<br>P.O. Box 2153<br>Birmingham, AL 35287-0002 | Revenue Recovery Corp<br>612 South Gay Street<br>P.O. Box 2698<br>Knoxville, TN 37901-2698 | Roane County Chancery Court<br>P.O. Box 402<br>Docket No. 16038<br>Kingston, TN 37763-0402 |

Roane Medical Center
PO Box 489
Harriman, TN 37748-0489

Ronald Reihl
1095 W Garber Ave
Harriman, TN 37748

Rural/Metro Ambulance
C/O Revenue Recovery
PO Box 2698
Knoxville, TN 37901-2698

SE Emergency Phy
3429 Regal Dr
Alcoa, TN 37701-3265

Sears
c/o Jefferson Capital Systems
16 McLeland Road
Saint Cloud, MN 56303-2198

Simm Associates
800 Pencader Drive
Newark, DE 19702-3354

Sonic
c/o Arthur Gallagher
2345 Grand Blvd Suite 900
Kansas City, MO 64108-2685

Sprint
c/o NCO Financial
PO Box 41448
Philadelphia, PA 19101

Stephen Lazarus
801 N Weisgarber Rd
Ste 500
Knoxville, TN 37909-2708

Summitt Medical Group
1225 East Weisgaber Road #200
Knoxville, TN 37909-2688

Suzanne H Bauknight
Asst US Atty
Howard H. Baker Jr US Courthouse
800 Market St. Suite 211
Knoxville, TN 37902-2342

TCCA/CBET
Credit Bureau Collection
Division P.O. Box 1619
Morristown, TN 37816

TN Foot and Ankle Clinic
125 E. Town Creek Rd
Lenoir City, TN 37772-5690

TRS
4315 Pickett Road
Saint Joseph, MO 64503-1600

The Skin Wellness Center
10215 Kingston Pike, Suite 200
Knoxville, TN 37922-3492

The Willows
7000 Arbor Trace
Knoxville, TN 37909-3063

Tin Hughes and Christina Turner
c/o Donice Butler
719 Morgan Avenue
Harriman, TN 37748-2012

Tina Hughes and Christina Turner
c/o Donice Butler
719 Morgan Ave
Harriman, TN 37748-2012

Toys R US Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014

Tri County Collection
221 E Main Street, Suite 201
Morristown, TN 37814-4730

U.S. Dept. of Justice
Tax Division, CTS, Eastern Reg.
P.O. Box 227
Ben Franklin Station
Washington, D.C 20044-0227

US Cellular
P.O. Box 530724
Atlanta, GA 30353-0724

UT Medical Center
P.O. Box 1512
Knoxville, TN 37901-1512

Union Planters Bank
Southeastern Financial
6160 E. Shelby Dr.
Memphis, TN 38141-7701

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303

University Anesthesia
C/O Accounts Research
PO BOX 22782
Knoxville, TN 37933-0782

University Patologists, PC
P.O. Box 52450
Knoxville, TN 37950-2450

University of Phoenix
4615 East Elwood
Phoenix, AZ 85040-1908

Verizon
c/o Midland Credit Managment
8875 Aero Drive
San Diego, CA 92123-2251

Vista Radiology
C/O Revenue Recovery
PO Box 2698
Knoxville, TN 37901-2698

| | | |
|---|---|---|
| WCZ of TN Loudon<br>2400 Chipman St<br>Knoxville, TN 37917-6115 | Wachovia Bank<br>c/o RJM Acquisitions, LLC<br>575 Underhill Blvd. #224<br>Syosset, NY 11791-3416 | Washington Mutual<br>c/o Hudson and Keyse<br>382 Blackbrook Rd<br>Painesville, OH 44077-1294 |
| Wells Fargo Auto Finance<br>c/o Central Credit Services<br>PO Box 15118<br>Jacksonville, FL 32239-5118 | Jacquelyn Elizabeth Reihl<br>5140 E. Town Creek Road<br>Lenoir City, TN 37772-5617 | Michael H. Fitzpatrick<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929 |
| Ronald Allsworth Reihl II<br>5140 E. Town Creek Road<br>Lenoir City, TN 37772-5617 | Zachary S. Burroughs<br>Clark & Washington P.C.<br>5401 Kingston Pike<br>Suite 610, Bldg.3<br>Knoxville, TN 37919-5088 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>PO Box 819<br>Wilson, NC 27894 | Charter Communications<br>c/o Credit Protection Association<br>P.O. Box 600<br>Alcoa, TN 37701-0600 | IRS<br>401 W. Peachtree St., N.W.<br>Stop #334-D<br>Room 400<br>Atlanta, GA 30308 |
| (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Portfolio Recovery<br>P.O. Box 12914<br>Norfolk, VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Unknown

End of Label Matrix
Mailable recipients    127
Bypassed recipients      1
Total                  128