**SO ORDERED.**

**SIGNED this 15 day of April, 2010.**
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE**

In re

RONALD ALLSWORTH REIHL, II
JACQUELYN ELIZABETH REIHL
a/k/a JACQUELYN ELIZABETH KILGORE

Case No. 10-30936

Debtors

**O R D E R**

This contested matter came on for hearing on April 15, 2010, on the Motion By Debtors to Avoid Judicial Lien Impairing Debtors' Homestead Exemption (Motion to Avoid Judicial Lien) filed by the Debtors on March 16, 2010, and on the Response to Motion By Debtors to Avoid Judicial Lien Impairing Debtors' Homestead Exemption filed by two judicial lien creditors, Tina Hughes and Christina Turner. For cause shown, and upon agreement of the parties, the court directs the following:

1. An evidentiary hearing on the Trustee's Motion to Avoid Judicial Lien will be held on June 30, 2010, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee.

2. The following facts are undisputed:

    A. The Debtor Ronald Allsworth Reihl, II, owns, individually, residential real estate located at 5140 E. Town Creek Road, Lenoir City, Tennessee, on which he, his wife, and minor child were residing on March 2, 2010, when the Voluntary Petition commencing this Chapter 7 case was filed.

    B. Pursuant to Schedule C - Property Claimed As Exempt filed on March 2, 2010, Ronald Allsworth Reihl, II, claims a $25,000.00 homestead exemption in the 5140 E. Town Creek Road, Lenoir City, Tennessee property pursuant to TENN. CODE ANN. § 26-2-301(e).

    C. The respondents, Tina Hughes and Christina Turner, are the holders of a judgment lien encumbering the 5140 E. Town Creek Road, Lenoir City, Tennessee property in the amount of $35,700.00, as scheduled by the Debtors. The exact amount of the lien is subject to proof at the trial.

3. The issue the court is called upon to resolve is whether the Debtor Ronald Allsworth Reihl, II, may avoid the respondents' lien pursuant to 11 U.S.C. § 522(f)(1)(A).

4. The parties will observe the following pretrial schedule:

    A. Stipulations of undisputed facts and documents shall be filed at least seven (7) days prior to trial with these stipulations to encompass, to the extent they are not in dispute, the lien impairment factors enumerated at 11 U.S.C. § 522(f)(2)(A).

    B. Briefs shall be filed at least seven (7) days prior to trial.

###